UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MORRIS B. CAMPBELL )
          Plaintiff, )
           )
  v. ) **JUDGMENT**
           )
BLAKE ALFORD, DWIGHT ALFORD, ) 5:10-CV-313-WW
COMMERCIAL EQUIPMENT INC., )
AND RAY CREECH, )
          Defendant. )

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for the consideration defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss is GRANTED.

**This judgment filed and entered on September 7, 2011, and served on:**

Morris B. Campbell (via US Mail), 149 Squire Reach, Suffolk VA 23434
Sandra Woods Mitterling (Via CM/ECF Notice of Electronic Filing)

September 7, 2011                            /s/ Dennis P. Iavarone,
                                                   Clerk of Court